✓ #1007 #128237

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 JAN 19 PM 4:0[?]
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:
* CASE NO. 08-35736-W
* JUDGE MARY ANN WHIPPLE
*
MICHAEL C. FRANCIS * William L. Swope, Esq.
MARY K. FRANCIS * 221 S. Main Street
* Findlay, OH 45840
* (419) 422-0288
*
* Sup. Ct. #0029538
*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| City of Marion, Ohio<br>Utility Billing Department<br>P.O. Box 1822<br>233 W. Center Street<br>Marion, OH 43301-1822 | $ 3.08 |
| | $ 3.08 |

A check for $3.08 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: January 14, 2010

William L. Swope
Trustee